IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

---oooOooo---

| | | |
|---|---|---|
| JOHNNY VEGAS, INC., an Illinois Corporation, | : : : | |
| Plaintiff, | : : | CASE NO. 04-CV-931 DRH |
| vs. | : : | |
| CITY OF ALTON, ILLINOIS, | : : | |
| Defendant. | : | |

---oooOooo---

### ORDER FOR RELEASE OF BOND

THIS MATTER came on regularly before David R. Herndon, Judge of the above-entitled Court pursuant to the Stipulated Motion by the parties hereto to release the bond previously posted by Plaintiff herein.  This matter having been dismissed pursuant to the stipulation of the parties, the Court, being fully advised in the premises, now makes and enters the following ORDER:

The bond previously posted by Plaintiff in connection with the Preliminary Injunction ordered herein is hereby released, as this matter has been dismissed and the injunction dissolved.

DATED this 13th day of May, 2005.

BY THE COURT:


/s/     David RHerndon
JUDGE